UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CALVIN STEVE MITCHELL AND CATHY MITCHELL** | **CIVIL ACTION NO. 2:22-CV-2558** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNDERWRITERS AT LLOYD'S, LONDON** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## ORDER

The foregoing Joint Motion to Dismiss Litigation with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and the claims and litigation between Calvin Steve Mitchell and Cathy Mitchell and Certain Underwriters at Lloyd's London Subscribing to Policy No. BA1900956-0155 be DISMISSED in its entirety, with prejudice, including Plaintiffs' claims against Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy No. BA1900956-0155, Defendants to bear all costs.

THUS DONE AND SIGNED in Chambers this 5th day of July, 2023.

_____
James D. Cain, Jr.
United States District Judge